Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KRISTINA STRINGER, an individual, and MARTIN RAND, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>        Defendant. | NO. 2:24-cv-01877-LK<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

**STIPULATION**

The undersigned parties stipulate that all claims that were or could have been asserted by the parties have been resolved and may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL - 1
NO. 2:24-CV-01877-LK

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 18th day of March, 2025.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By  *s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Liam F. McKeegan, WSBA #61206
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
khuebner@gordontilden.com
lmckeegan@gordontilden.com

DATED this 18th day of March, 2025.

**FORSBERG & UMLAUF, P.S.**
Attorneys for Defendant

By  *s/ Ryan J. Hesselgesser (via email authorization)*
Ryan J. Hesselgesser, WSBA #40720
Forsberg & Umlauf, P.S.
401 Union Street, Suite 1400
Seattle, WA  98101
206.689.8500
rhesselgesser@foum.law

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL - 2
NO.  2:24-CV-01877-LK

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims that were or could have been asserted by the parties in this matter are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and fees incurred.

DATED this __20th__ day of __March__, 2025.

*Lauren King*
Hon. Lauren King
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL - 3
NO. 2:24-CV-01877-LK

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477